## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| M.W. & A.W. | : No. 437 MAL 2015 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| D.S.G. | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| A.M.W. | : |
| | : |
| | : |
| PETITION OF: D.S.G. | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 26th day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.